IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 22-cv-22197-DPG

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

ORLEBAR BROWN MIAMI LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff RAYMOND T. MAHLBERG, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that Notice for Dismissal with prejudice as to all claims will be filed within forty-five (45) days.

Dated this 15th day of August 2022.

By:   */s/ Acacia Barros*
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant.

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.